Sara Foroshani, OSB No. 131011
sara@foroshanilaw.com
FOROSHANI LAW, LLC
216 Cascade Ave, Suite 227
Hood River, OR  97031
Telephone: (503) 388-3264


Attorneys for Defendant Juniper Weed



UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00365-AN |
| Plaintiff, | DECLARATION OF SARA FOROSHANI (re: Motion To Continue Sentencing Hearing) |
| v. | |
| JUNIPER WEED, | |
| Defendant. | |

I, Sara Foroshani, declare that the following statements are true to the best of my

knowledge, information, and belief:

1.      I am co-counsel for defendant Juniper Weed.

2.      I make this declaration in support of our motion to continue sentencing hearing,

currently scheduled for January 13, 2026, for approximately 30 days..

3.      On October 15, 2025, Ms. Weed entered a guilty plea to a misdemeanor count  of

assaulting or impeding a federal officer.

Page 1   -   DECLARATION OF SARA FOROSHANI (re: Motion To Continue Sentencing
              Hearing)

4.      After the plea, sentencing was scheduled for January 13, 2026.

5.      On November 24, 2025, Ms. Weed participated in the presentencing report interview.

6.      On December 5, 2025, defense received a copy of the presentence report and sentencing memorandum.

7.      Due to scheduling conflicts and the holidays, defense requests additional time to review the report and memorandum with Ms. Weed and also prepare for sentencing in this case.

8.      This is Ms. Weed's first request for continuing the sentencing hearing.

9.      On December 17, 2025, Assistant United States Attorney Greg Nyhus advised via email that he does not oppose this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 18th day of December 2025.

_____
Sara Foroshani